The Honorable Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANINNE ARMSTRONG, a single person,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPRISE INSURANCE COMPANY, a foreign insurer, and IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No. 2:20−CV−00228−RSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS**<br><br>**(Clerk's Action Required)** |

### I.  ORDER

IN CONFORMITY with the Stipulation of the Parties, IT IS HEREBY ORDERED that all claims brought, or that could have been brought, by Plaintiff against Defendant in the above-captioned matter shall be, and hereby are, DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

DATED this 4th day of May, 2020.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

2:20−CV−00228−RSM
**ORDER OF DISMISSAL - 1**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON  98109-6243
(206) 622-0494/FAX (206) 587-2476

Presented By:

**COLE | WATHEN | LEID | HALL, P.C.**

*/s/Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075
*Attorney for Defendant IDS*
1505 Westlake Avenue North, Suite 700
Seattle, WA  98109-6243
P: (206) 622-0494 | F: (206) 587-2476
rleid@cwlhlaw.com


Approved By:

**OLIVE LAW NORTHWEST PLLC**

*s/ Kyle C. Olive (per email authorization)*
Kyle C. Olive, WSBA #35552
*Attorney for Plaintiff*
1218 3rd Ave Ste 1000
Seattle, WA 98101-3290
P: (206) 629-9909 | F: (206) 971-5081
kyle@olivelawnw.com

**ORDER OF DISMISSAL - 2**

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE NORTH, SUITE 700
SEATTLE, WASHINGTON  98109-6243
(206) 622-0494/FAX (206) 587-2476